**1**

**TOBIAN TIRE & BATTERY COMPANY et al., Plaintiffs in Error, v. KELLY-SPRING-FIELD TIRE COMPANY, Defendant in Error.***

Circuit Court of Appeals, Fifth Circuit.
January 6, 1928.

No. 5174.

In Error to the District Court of the United States for the Northern District of Texas; Wm. H. Atwell, Judge.

Dexter Hamilton, of Dallas, Tex. (Cockrell, McBride, O'Donnell & Hamilton, of Dallas, Tex., on the brief), for plaintiffs in error.

William Lipscomb, of Dallas, Tex. (Seay, Seay, Malone & Lipscomb, of Dallas, Tex., on the brief), for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

---

**2**

**UNITED STATES, Plaintiff in Error, v. CUSTER COUNTY, Oklahoma, et al.**

Circuit Court of Appeals, Eighth Circuit.
December 5, 1927.

No. 7649.

In Error to the District Court of the United States for the Western District of Oklahoma.

Roy St. Lewis, U. S. Atty., and William P. Kelley, Asst. U. S. Atty., both of Oklahoma City, Okl.

George F. Short, of Oklahoma City, Okl., V. P. Crowe, of Enid, Okl., Willis Cooke, of Thomas, Okl., and Edwin Dabney, of Oklahoma City, Okl., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendants in error.

*Rehearing denied February 1, 1928.

---

**3**

**UNITED STATES v. ONE FORD ROADSTER AUTOMOBILE, Motor No. 12145408, License No. 234114 (Tennessee Finance Corporation, Intervener).**

Circuit Court of Appeals, Sixth Circuit.
October 3, 1927.

No. 4932.

In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

James B. Wright, of Knoxville, Tenn., for defendants in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**4**

**UNITED STATES, Plaintiff in Error, v. Everett PEASE.**

Circuit Court of Appeals, Eighth Circuit.
December 7, 1927.

No. 7750.

In Error to the District Court of the United States for the District of Nebraska.

James C. Kinsler, U. S. Atty., of Omaha, Neb.

Everett Pease, pro se.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for want of prosecution, under rule 17.